IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**vs.**                                        **CASE NO. 3:99CR00315-20(DRD)**

**ESTEBAN GALVAN-VELEZ**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**SUPPLEMENT TO MOTION FILED ON OCTOBER 8, 2004, AND
REQUEST FOR THE ISSUANCE OF AN ARREST WARRANT**

TO THE HONORABLE DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

COMES NOW, Yarixa Vazquez Marcano, U.S. Probation Officer of this Court, informing as follows:

On October 8, 2004, a motion was filed informing that the offender was arrested on September 30, 2004, by the local police task force. Presently, the offender is on bail. It was also informed that the offender had tested positive to cocaine on September 28 and October 7, 2004, respectively.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has incurred in following violations:

**1. VIOLATION OF SUPERVISED RELEASE CONDITION NUMBER THREE (3)- "The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer."**

On January 24, 2005, Mr. Galván-Vélez failed to report to the treatment provider for urinalysis as previously instructed.

During a home contact conducted on February 23, 2005, the undersigned left a note instructing the offender to report on March 3, 2005. Once again, Mr. Galván-Vélez failed to report as instructed. As of the filing of this motion, the offender's whereabouts are unknown.

**2. STANDARD CONDITION -** "**WHILE ON SUPERVISED RELEASE, YOU SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.**"

On March 18, 2005, a call was received from the local police task force and it was informed that Mr. Galván-Vélez was arrested on March 16, 2005. He has been charged with a new violation to the local controlled substances laws. Presently, the offender is absconded from the local police authorities.

**WHEREFORE**, I declare under penalty of perjury that the foregoing is true and correct. In view that the offender has continued to violate his conditions of release, it is respectfully requested that a warrant of arrest be issued so that he may be brought before this Honorable Court to show cause why his supervision term should not be revoked.

In San Juan, Puerto Rico, this 22nd day of March 2005.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER

    s/Yarixa Vazquez-Marcano
    Yarixa Vazquez-Marcano
    U.S. Probation Officer
    Federal Office Bldg. Room 400
    150 Chardon Avenue
    San Juan, P.R. 00918-1741
    Tel. 787-766-5920
    Fax 787-771-4063
    Email:yarixa_vazquez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

     I HEREBY certify that on March 21, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edwin O. Vazquez, Assistant U.S. Attorney and Franciasco M. Dolz, Esq.

     At San Juan, Puerto Rico, March 21, 2005.

                                    s/Yarixa Vazquez-Marcano
                                    Yarixa Vazquez-Marcano
                                    U.S. Probation Officer
                                    Federal Office Bldg. Room 400
                                    150 Chardon Avenue
                                    San Juan, P.R. 00918-1741
                                    Tel. 787-766-5920
                                    Fax 787-771-4063
                                    Email:yarixa_vazquez@prp.uscourts.gov