Starting Time: 1:45 p.m.
Ending Time: 1:47 p.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS             DATE: April 4, 2005

HONORABLE AIDA M. DELGADO-COLON,  U. S.  MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón     Case No. CR. 99-0315-20 (DRD)

PTS: Nancy Méndez
================================================================
United States of America             ATTORNEYS:

Plaintiff

vs.

Esteban Galván-Vélez

Defendant(s)
================================================================

    Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. Daniel R. Domínguez, U.S. District Judge on April 1, 2005.

    Defendant was advised of his rights and charges and was informed that a hearing to **show cause regarding violations of supervised release is set for April 8, 2005 at 10:00 a.m.**

    The Federal Public Defender is appointed in this case.

    s/ Sarah V. Ramón
    Sarah V. Ramón, Deputy Clerk