IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>Esteban Galván-Vélez<br><br>Defendant | CASE NO. CR.99-0315-20 (DRD) |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

    (1)   is financially unable to employ counsel,

    (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on   April 4, 2005

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk

s/cs: AUSA
      USM
      PTS
      USPO
      FPD

AO 471 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL |
| V. | RELEASE, DEPORTATION OR EXCLUSION |

_Esteban Galvan-Ubley_
        Defendant

Case Number: CR 99-315-(DRD)

RECEIVED & FILED
APR 04 2005
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

I find that the defendant

☑ is, and was at the time the alleged offense was committed:

  ☐ on release pending trial for a felony under federal, state, or local law.

  ☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

  ☐ on probation or parole for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☑ flee, or ☑ pose a danger to another person or the community.    _Order to Show Cause / SRT_

I accordingly ORDER the detention of the defendant without bail to and including _April 8, 2005 at 10:00 AM_ which is not more than ten days from the date of this Order, excluding Saturdays, Sundays, and holidays.

I further direct the attorney for the Government to notify the appropriate court, probation or parole official, or state or local law enforcement official, or the appropriate official of the Immigration and Naturalization Service so that the custody of the defendant can be transferred and a detainer placed in connection with this case.

If custody is not transferred by the above date, I direct the production of the defendant before me on that date so that further proceedings may be considered in accordance with the provisions of 18 U.S.C. § 3142.

Date: _April 4, 2005_    _Aida M. Delgado-Colon_
                                                                       Judge

Starting Time: 1:45 p.m.
Ending Time: 1:47 p.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS              DATE: April 4, 2005

HONORABLE AIDA M. DELGADO-COLON,  U. S.  MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón       Case No. CR. 99-0315-20 (DRD)

PTS: Nancy Méndez
==============================================================

United States of America              ATTORNEYS:

Plaintiff

vs.

Esteban Galván-Vélez

Defendant(s)
==============================================================

Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. Daniel R. Domínguez, U.S. District Judge on April 1, 2005.

Defendant was advised of his rights and charges and was informed that a hearing to **show cause regarding violations of supervised release is set for April 8, 2005 at 10:00 a.m.**

The Federal Public Defender is appointed in this case.

s/ Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk