# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                DATE: April 8, 2005

HONORABLE AIDA M. DELGADO-COLON, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón        Case No. CR. 99-0315 (DRD)

COURT REPORTER: FTR

INTERPRETER: Félix Toledo              USPO: Yarixa Vázquez

================================================================
United States of America              ATTORNEYS : Edwin Berríos-Vázquez

Plaintiff

v.

Esteban Galván-Vélez                  Francisco Valcárcel

Defendant(s)
================================================================

CASE CALLED FOR AN ORDER TO SHOW CAUSE HEARING AS TO VIOLATIONS OF SUPERVISED RELEASE.

Counsel for defendant informs that he has discussed with defendant the violations, as so mentioned by the probation officer, and that he has no evidence to rebut. Nonetheless, he requests the disclosure of the previous pre-sentence pertaining to the original charges. Government's counsel also requests the disclosure of that report.

Due that the defendant has no evidence to rebut the findings of the probation officer and that he has not been able to benefit from the various occasions that he has been referred to drug rehabilitation programs, Magistrate Delgado-Colón finds probable cause for the supervised release term be revoked and a Report and Recommendation will be issued.

The previous pre-sentence report is to be made available to both attorneys for their inspection.

s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk