UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2005 MAY 20 AM 8:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES OF AMERICA** *
*
**Vs.** * **99-CR-00315-001 (DRD)**
*
**GALVAN-VELEZ, ESTEBAN** *
*
---------------------------------------------------*

**ORDER**

By the Order of the Honorable Daniel R. Domínguez, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this May 20, 2005.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on ____________________________

Eustaquio Babilonia
Chief U.S. Probation Officer

By: ____________________________

RECEIVED
U.S. PROBATION OFFICE
PUERTO RICO DISTRICT
05 MAY 20 PM 3:19