# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE DANIEL R. DOMINGUEZ | Date: June 2, 2005 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-315-20 (DRD)** |
| COURT REPORTER: Donna W. DRATWA | |
| COURT INTERPRETER: Marie HERNANDEZ | USPO: Yaritza Vazquez |

================================================================

<u>Attorneys:</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Lynn DOBLE |
| vs. | |
| ESTEBAN GALVAN VELEZ | Hector GUZMAN, AFPD. |

================================================================

The defendant is present in court. He is  X   under custody  __ released.

CASE CALLED FOR FINAL REVOCATION HEARING. After arguments heard, the Court found that the offender violated the conditions of the imposed supervised release term by engaging in new criminal activity, failing to report as directed for uranalyses, failing to notify a change of residence within 72 hours and testing positive to cocaine as cited on the motions filed on October 8, 2004 and March 21, 2005. Therefore, the supervision term imposed on November 15, 2002 is hereby revoked.

**IT IS THE JUDGMENT OF THE COURT** as to violation(s) <u>Condition No. 3, and Standard Condition.</u>

Imprisonment for a total term of **THIRTY (30) MONTHS.** No other term of supervision shall be imposed.

```
Cr. 99-315-20 (DRD)              Page 2
```

Fine: N/A Restitution: N/A  Special monetary assessment: N/A. All terms and conditions are specified in the judgment form. The defendant is advised of his right to appeal, etc.

The defendant is remanded to the custody of the United States Marshal.

                                              S/ *__Omar Flaquer Mendoza__*
                                              Omar Flaquer Mendoza
                                              Courtroom Deputy Clerk