# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

Case Number: 99-CR-315-20 (DRD)

**Esteban GALVAN-VELEZ**

USM Number: 18525-069

Hector GUZMAN, Esq.
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Conditions No. 3, and Standard Condition

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Condition No. 3 | Failed to report as directed for urinalyses as instructed. | January 24, 2005 |
| Standard Condition | Arrested by local authorities, and charged to local controlled substances law. | March 16, 2005. |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: NNN-NN-3235

Defendant's Date of Birth: 01/28/1979

Defendant's Residence Address:

Caban Ward 157 Aguadilla, PR 00605

Defendant's Mailing Address:

UNDER CUSTODY

June 2, 2005
Date of Imposition of Judgment

S/ DANIEL R. DOMINGUEZ
Signature of Judge

DANIEL R. DOMINGUEZ, U.S. DISTRICT COURT
Name and Title of Judge

June 7, 2005
Date

DEFENDANT: **Esteban GALVAN-VELEZ**
CASE NUMBER: 99-CR-315-20 (DRD)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **THIRTY (30) MONTHS.** No other term of supervision shall be imposed

X  The court makes the following recommendations to the Bureau of Prisons:
   It is strongly recommended that an institution that have available a long term high intensive drug treatment program be designated for the serving of the remaining term of imprisonment.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL