IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.                                          CASE NO. 399CR00315-20(DRD)

ESTEBAN GALVAN-VELEZ,
Defendant.

NOTICE OF APPEAL

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, that the defendant Esteban Galvan-Velez, hereby appeals, from the judgement rendered against him in this court on the 2nd day of Jun, 2005, for the violation of supervised release condition number three (3)-"The defendant shall answer thruthfully all inquires by the Probation Officer", and said defendant appeals form each and every part of said violation and sentence thereon, as well as from the whole thereof.

The defendant would also like to request the following:

1. An order granting assignment of counsel
2. An order granting leave to appeal in Forma Pauperis

This Notice of Appeal has been filed within the 10 day period prescribed by law.

RESPECTFULLY SUBMITTED:

In San Juan, Puerto Rico, this 8th day of Jun, 2005.

*Esteban Galvan Velez*

Esteban Galvan-Velez