Esteban Galvan Velez
Reg no. 18535-069 (1B)
Metropolitan Detention Center
P.O. Box 2147
San Juan PR 00922-2147

Legal mail

Hon. Juez D. Dominguez
U.S. District Court For the District
of P.R. 150 Carlos Chardon Ave.
Room 150 Hato Rey, PR 00918-1767