

RECEIVED

JUN 16 2005

CHAMBERS OF
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE