## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** July 12, 2005

**DC #:** 99-315 (DRD)

**APPEAL FEE PAID:** YES ____ NO __X__

**CASE CAPTION:** USA v. Burke-Lasalle
Defendant: Esteban Galván-Vélez (20)

**IN FORMA PAUPERIS:** YES __X__ NO ____

**MOTIONS PENDING:** YES ____ NO __X__

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Judgment for Revocation imposed on 06/02/05 and entered on 06/07/05

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries  1,189,292,1384,1472,1473,1477,1479,1480, 1481,1482,1483,1486,1487,1488,1489 | I |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk