# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE:   January 26, 2006

DC #:   99-315   (DRD)

USCA #:   05-2069

CASE CAPTION:        USA    v.    Burke-Lasalle
                     Defendant:    Esteban Galván-Vélez (20)

SPECIAL COMMENTS:    Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entry 1500** | I |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                         FRANCES RIOS DE MORAN
                                         Clerk of the Court


                                         S/ Xiomara Muñiz
                                         Xiomara Muñiz
                                         Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:   CM/ECF Parties, Docket Clerk, Appeals Clerk