AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ Judicial   **DISTRICT OF** _____ Puerto Rico _____

**UNITED STATES OF AMERICA**

V.

ESTEBAN GALVAN VELEZ

*WARRANT FOR ARREST*

CASE NUMBER: CR. 99-315-020 (DRD)

To:   The United States Marshal
and any Authorized United States Official

**YOU ARE HEREBY COMMANDED** to arrest **JESUS DIAZ BERRIOS**
and bring him or her forthwith to the nearest magistrate to answer a(n)   (Name)

[ ] Indictment        [ ] Information        [ ] Complaint

[ ] Order of Court    [ ] Violation Notice   [ X ] Supervise Release Violation Petition

charging him or her with (brief description of offense)

Violation of several of his supervision conditions.

in violation of Title _____ United States Code, Section(s) _____

DANIEL R. DOMINGUEZ                           United States District Judge
Name of Issuing Officer                        Title of Issuing Officer

By: _____                         April 1, 2005 at Hato Rey, Puerto Rico
Signature of Issuing Officer                   Date and Location

Bail fixed at $ _____           By:   DANIEL R. DOMINGUEZ
                                                     Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/1/05 | NAME & TITLE OF ARRESTING OFFICER CARLOS ATEM USMS | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/4/05 | | |